

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Devon Energy Production Company, L.P.,     * From the 118th District Court
of Glasscock County,
Trial Court No. 1895

Vs. No. 11-23-00083-CV     * June 12, 2025

McClure Oil Company, Inc. and     * Opinion by Trotter, J.
Fina 945 L.C.,     (Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

–and–

Driver Production, L.P. and
Graham Sons Minerals, LLC,

Vs. No. 11-23-00083-CV

Devon Energy Production Company, L.P., et al.


This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment as to SH Permian Minerals, LLC; Devon Energy Production Company, L.P.; Vital Energy, Inc.; Coly Birds; Barbara Elaine Knoll; Deanna McGrew Lowe; Mary Elizabeth McGrew; and Nancy Seaberry

Smith, and we remand their portion of the case to the trial court for further proceedings. We reverse the trial court's judgment as to Devon Energy Production Company, L.P.'s claim for declaratory relief against McClure Oil Company, Inc. and Fina 945 L.C., and we remand to the trial court for further proceedings. As to Nail Bay Royalties, LLC, we affirm the judgment of the trial court. The costs incurred by reason of this appeal are taxed against the party incurring same.